UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAY MILLAWAY, <br> (BOP Register No. 19885-078), | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | CIVIL ACTION NO. |
| VS. | ) <br> ) | 3:18-CV-2455-G (BN) |
| M. UNDERWOOD, Warden, | ) <br> ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by petitioner. The district court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

May 16, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**